AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Douglas Roberto Torres-Nuth

United States District Court
Southern District Of Texas
FILED
SEP 24 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-2289-M

IAE YOB: 1976
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 23, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** *(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Douglas Roberto Torres-Nuth was encountered by Border Patrol Agents near Mission, Texas on September 23, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 23, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 17, 2003 through Houston, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 24, 1994 the defendant was convicted of Assault Causes Serious Bodily Injury and sentenced to six (6) years confinement and ten (10) years probation.

Approved by AUSA S. DIPIAZZA 9/24/19 @ 8:27 am
*S. DiPiazza*

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Nicolas Burgos     Border Patrol Agent

Sworn to before me and subscribed in my presence,
September 24, 2019

J Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer